## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE:
**Shannon L Forrest**

       DEBTOR(s).

Rel. BK No. **13–12624**

**Shannon Forrest ,**

       PLAINTIFF(s).

v.      ADV. NO. **13–01073**

**Oklahoma State Regents of
Higher Education ,**

       DEFENDANT(s).

### SUMMONS IN AN ADVERSARY PROCEEDING

Summons Issued on Oklahoma State Regents of Higher Education

    YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk:
   Clerk, U.S. Bankruptcy Court
   Western District of Oklahoma
   215 Dean A. McGee Avenue
   Oklahoma City, OK 73102

At the same time, you must also serve a copy of the motion or answer upon the attorney for the plaintiff.

Name and Address of Attorney for the Plaintiff
   James S. Matthews, Jr
   3524 Northwest 50th Street
   Oklahoma City, OK 73112

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Date Issued:
Aug. 20, 2013

FOR THE COURT
Grant E. Price
Court Clerk

By: kkin
Deputy Clerk